1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VANNA SISOUNTHONE,                     No.  2:18-cv-3181 DAD AC P

12            Petitioner,

13       v.                                 ORDER

14   ROBERT NEUSCHMID, Warden,

15            Respondent.

16

17        Petitioner has requested an extension of time to file and serve a motion for reconsideration

18   of the court's order issued November 8, 2022.  ECF No. 21.  That order directed petitioner to file

19   a request to stay these proceedings pursuant to Rhines v. Weber, 544 U.S. 269 (2005) or Kelly v.

20   Small, 315 F.3d 1063 (9th Cir. 2002).  See ECF No. 20 (court order).

21        In support of the motion, petitioner states in part that he has limited access to the prison

22   law library due to staff shortages and the upcoming holidays.  ECF No. 21 at 2.  Good cause

23   appearing, IT IS HEREBY ORDERED that:

24        1.  Petitioner's request for an extension of time (ECF No. 21) is GRANTED, and

25   ////

26   ////

27   ////

28   ////

1          2.  Petitioner shall file and serve a motion for reconsideration within sixty days from the

2    date of this order.

3    DATED: December 9, 2022

4                                                          _____
                                                           ALLISON CLAIRE
5                                                          UNITED STATES MAGISTRATE JUDGE