UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNA SISOUNTHONE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT NEUSCHMID,<br><br>　　　　　Respondent. | No.  2:18-cv-03181-DAD-AC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 32, 35) |

　　　　Petitioner Vanna Sisounthone is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302

　　　　On April 5, 2024, the assigned magistrate judge issued findings and recommendations recommending that petitioner's motion for abstention based on *Younger v. Harris*, 401 U.S. 37 (1971) (Doc. No. 32) be denied because petitioner's pending state proceedings on resentencing does not involve his sole remaining claim for habeas relief (i.e., petitioner's due process challenge to the prosecutor's questioning of witnesses and use of surveillance videos to suggest that petitioner perpetrated robberies), which has been exhausted and is properly raised in this action.  (Doc. No. 35.)  Nevertheless, the magistrate judge also recommends that this action be stayed pending resolution of petitioner's state court appeal of his resentencing because "[r]equiring petitioner to proceed on his single due process claim before his state court conviction is even final

1

could result in hardship or inequity to petitioner." (*Id.* at 5.) The pending findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*. at 5–6.) To date, no objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on April 5, 2024 (Doc. No. 35) are adopted in full;
2. Petitioner's motion for abstention (Doc. No. 32) is denied;
3. This action is administratively stayed;
4. The Clerk of the Court is directed to administratively stay this action pending resolution of the petitioner's state court appeal of his resentencing;
5. Petitioner is required to file a status report by no later than 180 days from the date of entry of this order, and every 180 days thereafter, indicating what decision, if any, has been made in his state court appeal;
6. Petitioner is further directed to file a motion to lift the stay of this action within 30 days from the date of any decision by the California Supreme Court in petitioner's state court appeal of his resentencing; and
7. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 16, 2024**

　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE